IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAY JAMES,

      Appellant,

v.

FLORIDA     DEPT.     OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3655

Opinion filed June 1, 2017.

An appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

Ray James, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Daniel A. Johnson, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, B.L. THOMAS, and ROWE, JJ., CONCUR.